ment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series C-a First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. LOUIS H. PINK, Superintendent of Insurance, etc., as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant; FRANK L. WEIL and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

FRANK A. STEVENS, Respondent, v. HARRY REITER and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

SAM KALNER, Doing Business under the Trade Name and Style of WELL MADE DOLL Co., Respondent, v. CHARLES SAMET, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [165 Misc. 788.]

ABRAHAM PLETMAN, Respondent, v. MYRON GOLDSOLL, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

FOREST CHARLES, as Administrator, etc., of VIVIAN CHARLES, Appellant, v. EPROSE REALTY Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MANUEL U. MUSLER, Respondent, v. BROOKS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [165 Misc. 797.]

WILSON DISTILLING COMPANY, INC., Respondent, v. SEYOPP CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

NATIONAL DISTILLERS PRODUCTS CORPORATION, Respondent, v. SEYOPP CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley Glennon, Untermyer and Dore, JJ.; Untermyer, J., takes no part.

MINNA FRANK NEWMAN, Appellant, v. STEPHEN LANG NEWMAN, Respondent. (Appeal No. 1.) — Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MINNA FRANK NEWMAN, Appellant, v. STEPHEN LANG NEWMAN, Respondent. (Appeal No. 2.) — Order, so far as appealed from, unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

TESS B. SCHWARTZ, Appellant, v. OTTO SCHWARTZ, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of increasing the amounts of the allowance for the support and maintenance of the infant child from ten dollars to fifteen dollars per week. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.